United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re:<br>Alex Michael Bercot<br>Megan Maria Umana<br>    Debtors | Case No. 25-06009-RCT<br>Chapter 7 |

# CERTIFICATE OF NOTICE

District/off: 113A-8      User: admin      Page 1 of 2
Date Rcvd: Aug 27, 2025      Form ID: 309A      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alex Michael Bercot, Megan Maria Umana, 6708 Guilford Glen Pl, Apollo Beach, FL 33572-1736 |
| 31823204 | + | Apollo Beach Dental, Attn: Accounts Receivable, 433 Apollo Beach Blvd, Apollo Beach, FL 33572-2281 |
| 31823209 | + | Contact Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 31823212 | + | Emergency Medical Assoc of Tampa Bay, LLC, PO Box 24748, Tampa, FL 33623-4748 |
| 31823214 | + | Home Point Financial Corp/Mr. Cooper Group, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 31823216 | + | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 31823222 | + | PNC Bank, P. O. Box 5570, Philadelphia, PA 19143 |
| 31823220 | + | Pediatric Health Care Alliance, PO Box 538110 Ste 215, Atlanta, GA 30353-8110 |
| 31823227 | + | The Womans Group of Florida, LLC, 5380 Primrose Lake Circle, Tampa, FL 33647-3589 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: aborden@1800debtrelief.com | Aug 27 2025 22:16:00 | Alan D Borden, Debt Relief Legal Group, LLC, 14502 N Dale Mabry Hwy, Suite 200, Tampa, FL 33618 |
| tr | + | Email/Text: richard.dauval@txitrustee.com | Aug 27 2025 22:17:00 | Richard M Dauval, P.O. Box 7929, St. Petersburg, FL 33734-7929 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Aug 27 2025 22:18:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| cr | + | EDI: AISACG.COM | Aug 28 2025 01:57:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31823202 | + | EDI: GMACFS.COM | Aug 28 2025 01:57:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 31823203 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2025 22:26:52 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 31823205 | + | Email/Text: cbobankruptcy@baycare.org | Aug 27 2025 22:17:00 | Baycare Health System Inc, PO Box BOX 31696, Tampa, FL 33631-3696 |
| 31823206 | | EDI: CAPITALONE.COM | Aug 28 2025 01:57:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 31823207 | | EDI: WFNNB.COM | Aug 28 2025 01:57:00 | Comenity Bank/Jared, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 31823208 | + | EDI: WFNNB.COM | Aug 28 2025 01:57:00 | Comenity/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 31823210 | + | EDI: CCS.COM | Aug 28 2025 01:57:00 | Credit Collection Services, Attn: Bankruptcy 725 Canton St, Norwood, MA 02062-2679 |

| District/off: 113A-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 27, 2025 | Form ID: 309A | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 31823211 | ^ | MEBN | Aug 27 2025 22:06:58 | Credit Corp Solutions, Inc, c/o Marcadis Singer, P.A., 5104 South Westshore Blvd, Tampa, FL 33611-5650 |
| 31823213 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2025 22:16:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 951 Yamato Road, Suite 175, Boca Raton, FL 33431-4444 |
| 31823215 | | Email/Text: govtaudits@labcorp.com | Aug 27 2025 22:16:00 | LabCorp of America, PO Box 2240, Burlington, NC 27216 |
| 31823217 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2025 22:16:00 | Mr Cooper, Attn: Bankruptcy, PO Box 613287, Dallas, TX 75261-3287 |
| 31823218 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2025 22:16:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 31823219 | | Email/Text: Bankruptcies@nragroup.com | Aug 27 2025 22:18:00 | National Recovery Agency, Attn: Bankruptcy, PO Box 67015, Harrisburg, PA 17106-7015 |
| 31823221 | ^ | MEBN | Aug 27 2025 22:07:21 | Pediatrix Medical Group, PO Box 88087, Chicago, IL 60680-1087 |
| 31823223 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 27 2025 22:18:00 | Quest Diagnostics, PO Box 740781, Cincinnati, OH 45274-0781 |
| 31823224 | ^ | MEBN | Aug 27 2025 22:06:28 | Revco Solution, PO Box 163279, Columbus, OH 43216-3279 |
| 31823225 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 27 2025 22:17:00 | Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 31823226 | + | Email/Text: legal@sdihms.com | Aug 27 2025 22:17:00 | SDI Radiology, PO BOX 403444, Atlanta, GA 30384-3444 |
| 31823228 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 27 2025 22:18:00 | Transworld Systems Inc, 500 Virginia Dri Suite 514, Fort Washington, PA 19034-2733 |
| 31823229 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 27 2025 22:26:33 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025              Signature:      /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Alex Michael Bercot<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–2441 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Megan Maria Umana<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–2808 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter: | 7    8/22/25 |
| Case number: | 8:25–bk–06009–RCT | Date Notice Issued: | **8/26/25** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Alex Michael Bercot | Megan Maria Umana |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6708 Guilford Glen Pl<br>Apollo Beach, FL 33572 | 6708 Guilford Glen Pl<br>Apollo Beach, FL 33572 |
| 4. | **Debtor's attorney**<br>Name and address | Alan D Borden<br>Debt Relief Legal Group, LLC<br>14502 N Dale Mabry Hwy<br>Suite 200<br>Tampa, FL 33618 | Contact phone 813–231–2088<br><br>Email: aborden@1800debtrelief.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Richard M Dauval<br>P.O. Box 7929<br>St. Petersburg, FL 33704 | Contact phone 727–327–3328 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Alex Michael Bercot** and **Megan Maria Umana**                                   Case number **8:25-bk-06009-RCT**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue<br>Suite 555<br>Tampa, FL 33602 | Office Hours: 8:30 AM to 4:00 PM Monday through Friday<br><br>Contact phone: 813-301-5319 |

***You are reminded that Local Rule 5073-1 restricts the entry of personal electronic devices into the Courthouse.***

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 24, 2025 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location of Meeting:**<br>Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 942 250 7798, and passcode 3711553271, or call 727-857-8480 |

*** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. ***
*** For additional meeting information go to https://www.justice.gov/ust/moc ***

| | | |
|---|---|---|
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| | | | |
|---|---|---|---|
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** November 24, 2025 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 866-222-8029. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**                        page **2**